UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No. CV 14-09821 DDP (SSx) Dated: August 13, 2015

Title: CANDY GARCIA *-v-* WELLS FARGO BANK, N.A., CAL-WESTERN RECONVEYANCE, LLC

===========================================================================

PRESENT: HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers — Courtroom Deputy

None Present — Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: None

ATTORNEYS PRESENT FOR DEFENDANTS: None

PROCEEDINGS: MINUTE ORDER (IN CHAMBERS)

**COUNSEL ARE NOTIFIED** that on the Court's own motion the MOTION TO DISMISS CASE SECOND AMENDED COMPLAINT (DOCKET NUMBER 23) set for August 17, 2015 at 10:00 a.m., is hereby taken off calendar, the hearing date vacated and will be decided without oral argument.

Initials of Deputy Clerk: JAC